## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:23-cr-416 (TJK) |
| | : | |
| TONYA BISHOP | : | |
| Defendant. | : | |

### JOINT MOTION TO CONVERT STATUS HEARING INTO PLEA HEARING

The United States of America and Defendant Tonya Bishop, by and through her counsel, (collectively, "the parties"), have reached a plea agreement. Accordingly, the parties respectfully request that the Court schedule a virtual hearing for the Defendant to enter a plea.

The Court previously ordered all parties to appear for a status hearing on March 7, 2024. In the interim, a plea agreement has been reached and a statement of offense, in support of the plea, has signed by Ms. Bishop and her counsel.

Accordingly, the parties respectfully request that the Court vacate the March 7, 2024, status hearing and schedule a plea hearing for March 7, 2024.

Respectfully submitted,

*For Tonya Bishop*

*/s/* BY: **/s/ *John J. Sciortino***

John J. Sciortino
D.C. Bar No. 90003030
Ex Justitia PLLC
1775 Eye Street, N.W., Suite 1150
Washington, DC 20006
*E-mail*: john.sciortino@exjustitia.com
*Tele*:   (202) 587-2732
*Fax*:    (202) 587-5601

MATTHEW GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Sonia W. Murphy*
SONIA W. MURPHY
Trial Attorney
D.C. Bar No. 483072
601 D St., NW
Washington, D.C. 20001
202-305-3067
Sonia.Murphy@usdoj.gov