IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: 23-CR-00416 (TJK) |
| v. | : | |
| | : | 40 U.S.C. § 5104(e)(2)(D) and (G) |
| TONYA BISHOP, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Tonya Bishop, with the concurrence of her attorney, agree and stipulate to the factual basis below for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States

Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary, and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the

crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Bishop's Participation in the January 6, 2021, Capitol Riot*

8. On January 6, 2021, the defendant, Tonya Bishop attended the former President's rally at the Washington Monument. After the rally, she walked to the United States Capitol with a large crowd.

9. Bishop entered the restricted grounds of the Capitol and continued through the Capitol grounds up towards the Senate Wing Door.

10. At approximately 2:19 p.m., Bishop entered the U.S. Capitol building through the Senate Wing Doors carrying flagpoles. At the time she entered the U.S. Capitol building, the glass had been broken on the Senate Wing Door and adjacent windows and there was an alarm

sounding. Based on the circumstances, she knew or should have known that she was restricted from entering the building.

11. At the time she entered the building, the certification proceeding (and in fact, all business within Congress) had been halted due to the presence of the mob outside and inside of the premises.

12. Bishop remained in the U.S. Capitol building for almost 30 minutes. Once she entered the building, she traveled throughout the building including to the Crypt, near the Memorial Doors, through Statuary Hall, and near the Speakers Lobby.

13. At approximately 2:46 p.m., Bishop stopped near the Upper House Doors before eventually exiting the building approximately a minute later.

### *Elements of the Offenses*

14. The parties agree that Disorderly Conduct in a Capitol Building (Count Three), in violation of 40 U.S.C. § 5104(e)(2)(D), requires the following elements:

First, that the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings or grounds;

Second, that the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress; and

Third, that the defendant acted willfully and knowingly.

15. The parties agree that Parading, Demonstrating, or Picketing in a Capitol Building (Count Four), in violation of 40 U.S.C. § 5104(e)(2)(G), requires the following elements:

First, that the defendant paraded, demonstrated, or picketed in any of the Capitol Buildings; and

Second, that the defendant did so willfully and knowingly.

*Defendant's Acknowledgments*

16. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that she engaged in disorderly and disruptive conduct in the U.S. Capitol building with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress and that she paraded, demonstrated, or picketed in the U.S. Capitol building.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: *s/ Sonia W. Murphy*
SONIA W. MURPHY
Trial Attorney
D.C. Bar No. 483072
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 305-3067
Email: Sonia.Murphy@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, TONYA BISHOP, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 2/21/2024          _Tonya J. Bishop_
                         **Tonya Bishop**
                         Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: Feb 21, 2024       _John J. Sciortino_
                         **John Joseph Sciortino**
                         Attorney for Defendant