**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No. 1:23-cr-00416 (TJK)** |
| **v.** | **:** | |
| | **:** | |
| **TONYA BISHOP** | **:** | |
| **aka TONYA ALLISON-OBERST,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Jennifer Leigh Blackwell is entering her appearance in this matter on behalf of the United States and substituting for Trial Attorney Sonia Murphy, who is no longer assigned to this case.

Respectfully submitted,
EDWARD ROBERT MARTIN, JR.
United States Attorney
D.C. Bar No. 481866


_____/S/_____
JENNIFER LEIGH BLACKWELL
Assistant United States Attorney
D.C. Bar No. 481097
601 D Street, NW
Washington, D.C. 20530
Jennifer.blackwell3@usdoj.gov
(202)252-7068